■ Angel Quezada, Respondent, v 111 Wilkens Avenue LLC et al., Appellants, et al., Defendant. [901 NYS2d 834]—Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered October 22, 2009, which granted defendants-appellants' motion to strike the complaint only if plaintiff failed to appear for certain physical examinations "within 60 days prior to trial," unanimously modified, on the facts, to grant the motion only if plaintiff fails to appear for the physical examinations at least 60 days prior to trial, and otherwise affirmed, without costs.

We modify the order to allow defendants an adequate period before trial in which to evaluate the results of the physical examinations. The motion court's order, as written, permits plaintiff to appear for the physical examinations as late as the day before the trial. Concur—Gonzalez, P.J., Sweeny, Richter, Abdus-Salaam and Román, JJ.

■ The People of the State of New York, Respondent, v Sergio Santana, Appellant. [901 NYS2d 895]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard Carruthers, J.), rendered on or about January 28, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Sweeny, Richter, Abdus-Salaam and Román, JJ.